# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2023

## NO. 03-22-00071-CV

**Jonathan Timothy Noyes, Appellant**

**v.**

**The State of Texas for the Protection of Samantha Jo Voges, Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on November 2, 2021. The Court's opinion and judgment dated October 13, 2023 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.